Jilbert Tahmazian, Esq. SBN 143574
**LAW OFFICES OF JILBERT TAHMAZIAN**
1518 W GLENOAKS BLVD
GLENDALE, CA 91201
Tel: (818) 242-8201
Fax: (818) 242-8246
Jilbert@Jilbertlaw.com

Attorneys for Defendant
KHACHIK BAGDASARYAN

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C.. a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KHACHIK BAGDASARYAN a/k/a CHRIS BAGDASARYAN,<br><br>Defendant. | CASE NO. CV09-03351-RBL (PLAx)<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR OPPOSITION AND REPLY TO MOTION FOR SUMMARY JUDGMENT** |

STIPULATION

**IT IS STIPULATED** and agreed, by an between the parties hereto, through their respective counsel of record, that:

Defendant KHACHIK BAGDASARYAN will have up to and including **July 6, 2010 to file his opposition to the Motion for Summary Judgment** filed by DISH NETWORK LLC.

Plaintiff DISH NETWORK LLC will have up to and including **July 27, 2010 to file its reply to Defendant's opposition to the Motion for Summary Judgment.**

1

1  The parties further agree that no further extensions or continuances will be
2  sought in the resolution of the Motion for Summary Judgment
3
4  DATED:  6/23/2010            LAW OFFICES OF JILBERT TAHMAZIAN
5
6                               By:  /s/ Jilbert Tahmazian
7                                    JILBERT TAHMAZIAN, ESQ.
                                     Attorneys for Defendant KHACHIK
8                                    BAGDASARYAN a/k/a CHRIS
                                     BAGDASARYAN
9
10 DATED:  6/24/10              HAGAN NOLL & BOYLE, LLC
11
12                              By: _____
13                                   CHAD M. HAGAN, ESQ. Attorneys for
                                     Plaintiff DISH NETWORK LLC
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28