AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court

**CENTRAL DISTRICT OF CALIFORNIA**
EASTERN DIVISION

JUDGMENT IN A CIVIL CASE

DISH NETWORK L.L.C., a Colorado
Limited Liability Company,
ECHOSTAR TECHNOLOGIES L.L.C.,
a Texas Limited Liability Company, and
NAGRASTAR L.L.C., a Colorado          CASE NUMBER: CV09-03351-RBL (PLAx)
Limited Liability Company,

    v.

KHACHIK BAGDASARYAN a/k/a
CHRIS BAGDASARYAN,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. Plaintiffs' claims under 17 U.S.C. §1201(b)(1) of the Digital Millennium Copyright Act (the "DMCA") are hereby dismissed;

2. Plaintiffs' claims for unfair competition in violation of the California Business & Professions Code § 17200 are hereby dismissed.

DATED : March 16, 2011

                                                     Terry Nafisi
                                     *Clerk of Court and District Executive*

                                         /s/   Jean Boring
                                     *(By) Deputy Clerk*, Jean Boring