1  Bruce A. Hatkoff, SBN 66146
   Natalia A. Minassian, SBN 227664
2  Bruce A. Hatkoff, A Law Corporation
   16633 Ventura Blvd., Suite 940
3  Encino, CA 91436
   Tel: (818)990-5180
4  Fax: (818)990-2463

5

6  Attorneys for Plaintiff

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | DISH NETWORK L.L.C., a Colorado            ) CASE NO: CV09-03351-RBL (PLAx)
   | Limited Liability Company, ECHOSTAR       )
12 | TECHNOLOGIES L.L.C., a Texas Limited      )
   | Liability Company, and NAGRASTAR          ) (Assigned to the Hon. Ronald B. Leighton,
13 | L.L.C., a Colorado Limited Liability      ) Judge Presiding, Dept.     )
   | Company,                                  )
14 |                                           )
   |         Plaintiffs,                       )
15 |                                           ) **JUDGMENT**
   |     v.                                    )
16 |                                           )
   | KHACHIK BAGDASARYAN a/k/a CHRIS           )
17 | BAGDASARYAN,                              ) *Date Action Filed:* 02/04/2011
   |                                           )
18 |         Defendants                        )
   |                                           ) *Trial Date: TBD*
19 |                                           )
   |                                           )
20 |                                           )
   | _____  )
21

22 ///

23 ///

24 ///

25

26

27

28
                                      -1-
                                                           [PROPOSED] JUDGMENT

1  GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Judgment be entered
2  in the above-captioned matter in favor of DISH NETWORK L.L.C., a Colorado Limited
3  Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability
4  Company, and
5  NAGRASTAR L.L.C., a Colorado Limited Liability Company and against KHACHIK
6  BAGDASARYAN a/k/a CHRIS BAGDASARYAN in the amount of $151,767,600.00.

Dated: October 19, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT